UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RALPH E. JOHNSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:20-CV-103-KAC-DCP ) |
| DAVID B. RAUSCH, | ) ) |
| Defendant. | ) ) |

## JUDGMENT

Pursuant to the accompanying Order Dismissing Action, Plaintiff's claims against Defendant are hereby **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT